WESTERN AND ATLANTIC RAILROAD COMPANY *v.* CALLAWAY, McCARTY & GREGORY.

LUMPKIN, P. J. 1. When the time for filing in vacation a brief of evidence to accompany a motion for a new trial is expressly limited by an order of the court, and the brief is not filed within that time, it is not erroneous to dismiss the motion; nor will this court reverse the action of the trial judge in refusing to accept as a sufficient excuse for not duly filing a brief of evidence the failure of the circuit stenographer, from illness or any other cause, to write out the evidence. *Boatwright* v. *State*, 91 *Ga.* 13; *Eason* v. *Americus*, 106 *Ga.* 179.

2. While a trial judge may, within the restrictions prescribed by the Civil Code, § 5331, direct a verdict, this court will in no case overrule as erroneous a refusal to do so.

3. When a party against whom a verdict has been rendered, without moving for a new trial, sues out a direct bill of exceptions, he must, in order to obtain a reversal of the judgment, show not only that error was committed, but also that the adverse verdict was a necessary result thereof. There was at the trial of the present case no error, if any at all, of the nature above indicated.　　*Judgment affirmed. All the Justices concurring.*

Argued July 24,—Decided August 9, 1900.

Action for damages. Before Judge Candler. Whitfield superior court. November 28, 1899.

*Payne & Tye* and *R. J. & J. McCamy*, for plaintiff in error.
*Jones & Martin*, contra.